JC

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**FILED**

Jack e Same

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**MAY 01 2026**

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

Sample

        Plaintiff

v.

DuPage County et al

        Defendant

)
)
)
)
)
)
)
)
)
)

**Case Number:** 1:26-cv-04782

**Judge:** Andrea R. Wood

**Magistrate Judge:** Keri L. Holleb Hotaling

MOTION TO DISMISS
FILED IN ERROR

James S~

May 1, 2026

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]